UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IBRAHIM NIMER SHIHEIBER,

Plaintiff,

v.

CITY OF SAN FRANCISCO, et al.,

Defendants.

Case No.  21-cv-00609-JCS

**ORDER RE JOINT DISCOVERY LETTER**

Re: Dkt. No. 37

The parties have filed a joint discovery letter in connection with Plaintiffs' refusal to respond to an interrogatory asking for Plaintiff to identify criminal convictions and to questions at his deposition regarding any past felony convictions or arrests.  Defendants' request for an order compelling Plaintiff to respond is GRANTED.   The Court finds that Interrogatory 3 and the deposition questions regarding Plaintiff's felony conviction(s) and arrests are relevant to the subject matter of this case even if evidence produced in response to Defendants' requests may or may not be admissible.  The Court will decide admissibility at a later stage of the case.  Therefore, no later than **January 24, 2022** Plaintiff is ordered to fully answer Interrogatory 3.   The Court further orders that on a date to be agreed upon by the parties but no later than **January 31, 2022,** Plaintiff shall sit for a further session of his deposition and answer questions about his felony convictions and arrests.  Because the Court will determine admissibility at a later date, Plaintiff's answers to Interrogatory 3 and at his deposition must include felony convictions and arrests that occurred both before and after 2012.

Defendants' request for an award of costs for the second deposition is DENIED.

**IT IS SO ORDERED.**

Dated:  January 13, 2022

_____
JOSEPH C. SPERO
Chief Magistrate Judge