DAVID CHIU, State Bar #189542
City Attorney
JAMES F. HANNAWALT, State Bar #139657
Acting Chief Trial Deputy
STEVEN A. MILLS, State Bar #328016
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3913 [Hannawalt]
              (415) 355-3304 [Mills]
Facsimile:    (415) 554-3837
E-Mail:       james.hannawalt@sfcityatty.org
              steven.mills@sfcityatty.org

Attorneys for Defendant
OFFICER BRETT HERNANDEZ BADGE #307

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM NIMER SHIHEIBER,<br><br>    Plaintiff,<br><br>    vs.<br><br>OFFICER BRETT HERNANDEZ BADGE #307; SFPD; CITY OF SAN FRANCISCO; DOES 1 to 50,<br><br>    Defendants. | Case No. 21-cv-0609-JCS<br><br>**JOINT STIPULATION AND [~~PROPOSED ORDER~~] TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:   January 5, 2024<br>Time:           2:00 P.M.<br>Place:          Videoconference<br><br>Trial Date:     N/A |

Pursuant to Civil Local Rules 6-2 and 7-11, the parties, by and through their respective counsel of record, hereby jointly stipulate as follows:

WHEREAS, on October 31, 2023, the parties filed a Joint Notice of Settlement and Request to Vacate All Trials. (ECF No. 119.)

WHEREAS, the Court vacated trial and set the matter for a Further Case Management Conference to occur on January 5, 2024, at 2:00 P.M. (ECF No. 120.)

1  WHEREAS, the proposed settlement has been submitted for the necessary approvals and the approval process remains ongoing.

WHEREAS, the parties agree that it would promote judicial economy to continue the Further Case Management Conference to allow for the approval process to continue.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, that the Further Case Management Conference currently set for January 5, 2024, at 2:00 p.m., be continued to a April 12, 2024, at 2:00 p.m., or a date otherwise convenient for the Court.

**IT IS SO STIPULATED.**

Dated: December 19, 2023

        DAVID CHIU
        City Attorney
        JAMES F. HANNAWALT
        Acting Chief Trial Deputy
        STEVEN A. MILLS
        Deputy City Attorney

        By: */s/ James F. Hannawalt*
        JAMES F. HANNAWALT

        Attorneys for Defendant
        OFFICER BRETT HERNANDEZ BADGE #307

Dated: December 18, 2023

        RATNER MOLINEAUX, LLP

        By: **/s/ David S. Ratner*
        DAVID S. RATNER

        Attorneys for Plaintiff
        IBRAHIM NIMER SHIHEIBER

        *Pursuant to L.R. 5-1(h)(3), the electronic signatory attests that each of the other Signatories have concurred in the filing of this document.

Joint Stip to Continue Further CMC
Shiheiber v. Hernandez; Case No.: 21-cv-0609-JCS
2
n:\lit\li2021\210870\01724223.docx

**[~~PROPOSED~~] ORDER**

Based on the parties' stipulation, and for good cause appearing, the Further Case Management Conference currently set for January 5, 2024 at 2:00 p.m. is continued to April 12, 2024 at 2:00 P.M. by Zoom Webinar. Zoom Webinar ID: 161 926 0804. Passcode: 050855.

Dated: December 19, 2023

_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

Joint Stip to Continue Further CMC
Shiheiber v. Hernandez; Case No.: 21-cv-0609-JCS
3
n:\lit\li2021\210870\01724223.docx