```
DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
JAMES F. HANNAWALT, State Bar #139657
Assistant Chief Trial Deputy
STEVEN A. MILLS, State Bar #328016
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3913 [Hannawalt]
                (415) 355-3304 [Mills]
Facsimile:      (415) 554-3837
E-Mail:         james.hannawalt@sfcityatty.org
                steven.mills@sfcityatty.org


Attorneys for Defendant
OFFICER BRETT HERNANDEZ BADGE #307
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM NIMER SHIHEIBER,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER BRETT HERNANDEZ BADGE #307; SFPD; CITY OF SAN FRANCISCO; DOES 1 to 50,<br><br>    Defendants. | Case No. 21-cv-0609-JCS<br><br>**REQUEST FOR DISMISSAL;** ~~PROPOSED~~ **ORDER OF DISMISSAL**<br><br>Trial Date:          Not Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

Dated: April 30, 2024

>DAVID CHIU
>City Attorney
>JENNIFER E. CHOI
>Chief Trial Deputy
>JAMES F. HANNAWALT
>Assistant Chief Trial Deputy
>STEVEN A. MILLS
>Deputy City Attorney
>
>By: _____
>STEVEN A. MILLS
>
>Attorneys for Defendant
>OFFICER BRETT HERNANDEZ BADGE #307

Dated: May 2, 2024

>By: _____
>DAVID RATNER**
>Attorney for Plaintiff
>
>**Pursuant to Civil L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.*

Dated: May 22, 2024

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA